UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLTOP RANCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATURAL, S.A. DE C.V., <br><br> Defendant. | No. 1:16-cv-00598-DAD-BAM <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE <br><br> (Doc. No. 7) |

On June 15, 2016, plaintiff filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 7.)  No responsive pleading has been filed in this action.  In light of this, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **June 16, 2016**                             /s/ Dale A. Drozd
                                                                   UNITED STATES DISTRICT JUDGE

1